**DENY; and Opinion Filed July 8, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00460-CV

## IN RE THE TOWN OF FLOWER MOUND, TEXAS, Relator

**Original Proceeding from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-17756**

## MEMORANDUM OPINION

Before Justices Myers, Molberg, and Nowell
Opinion by Justice Molberg

This proceeding involves a question of dominant jurisdiction between a first-filed suit in Denton County and the underlying proceeding. The trial court granted a plea in abatement in favor of the Denton County suit. In this original proceeding, The Town of Flower Mound, Texas seeks a writ of mandamus directing the trial court to vacate its abatement order and reinstate the case.

To be entitled to mandamus relief, the relator must demonstrate that the trial court clearly abused its discretion and the relator has no adequate remedy by appeal. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). A trial court clearly abuses its discretion if "it reaches a decision so arbitrary and unreasonable as to amount to a clear and prejudicial error of law" or if it clearly fails to analyze or apply the law correctly. *In re Cerberus Capital Mgmt. L.P.*, 164 S.W.3d 379, 382 (Tex. 2005) (orig. proceeding) (per curiam) (quoting *Walker v. Packer*, 827 S.W.2d 833, 839–40 (Tex. 1992)). "[A] relator need only establish a trial court's abuse of discretion to demonstrate entitlement to mandamus relief with regard to a plea in

abatement in a dominant-jurisdiction case." *In re J.B. Hunt Transp., Inc.*, 492 S.W.3d 287, 299–300 (Tex. 2016) (orig. proceeding).  Based on the record before us, we conclude relator has not shown it is entitled to the relief requested.  Accordingly, we deny relator's petition for writ of mandamus.  *See* TEX. R. APP. P. 52.8(a) (the court must deny the petition if the court determines relator is not entitled to the relief sought).


/Ken Molberg/
KEN MOLBERG
JUSTICE


190460F.P05